DENNIS A. CAMMARANO/BAR NO. 123662
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Defendant,
NHA HAMBURGER ASSEKURANZ-AGENTUR GmbH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L T LEASING, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NHA HAMBURGER ASSEKURANZ-AGENTUR GmbH, a German limited liability company pursuant to the laws of the Federal Republic of Germany, and UNIQA SACHVERSICHERUNG AG, an Austrian corporation formed pursuant to the laws of the Republic of Austria, and DOES 1 through 50, <br><br> Defendants. | Case No.: 2:14-cv-00716-MCE-EFB <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action in its entirety is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close this case

IT IS SO ORDERED.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Order of Dismissal With Prejudice*